**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **JULIO VAZQUEZ RUIZ** | § | |
| *Plaintiff,* | § | |
| | § | |
| **VERSUS** | § | **CIVIL ACTION NO.: 1:23-cv-994-RP** |
| | § | |
| | § | |
| **GENERAL MOTORS LLC** | § | |
| *Defendants.* | § | |
| | § | |
| | § | |
| | § | |

**NOTICE OF SETTLEMENT**

NOW INTO COURT, through undersigned counsel, comes the Plaintiff, JULIO VAZQUEZ RUIZ, (hereinafter "VAZQUEZ RUIZ"), who respectfully notifies this Honorable Court that the parties have reached a settlement in this matter. Upon completion of the settlement documents, the parties will file a dismissal of the action.

RESPECTFULLY SUBMITTED,

DUCK LAW FIRM, L.L.C.

*/s/ Kevin R. Duck*
**KEVIN R. DUCK (LA23043)**
5040 Ambassador Caffery Parkway
Suite 200
Lafayette, Louisiana 70508
Telephone: (337) 406-1144
Facsimile: (337) 406-1050
Email: krd@ducklawfirm.com
**Attorney for Plaintiff,**
**JULIO VAZQUEZ RUIZ**

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 2, 2024, I electronically filed this document through the CM/ECF system, which will send a notice of electronic filing to all parties through their attorney of record on file with the court.


<u>*/s/ Kevin R. Duck*</u>
KEVIN R. DUCK